| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Reeves, Carlton W. | 2. Court or Organization Southern District of Mississippi | 3. Date of Report 07/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - - Active | **5a. Report Type (check appropriate type)** ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final **5b.** ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner/Director | North Congress Properties, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | North Congres Properties, LLC (Rental Income) | $6,651.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Commercial Bank | Mortgage on Property, Jackson, Mississippi (Part VII, Line 52) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Common | A | Dividend | J | T | | | | | |
| 2. Analog Devices Inc (ADI), Common | A | Dividend | J | T | | | | | |
| 3. Catepillar (CAT), Common | A | Dividend | J | T | Buy (add'l) | 02/11/13 | J | | |
| 4. Facebook, Inc. (FB), Common | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 5. GE, Common | A | Dividend | J | T | | | | | |
| 6. Intel Corp. (INTC), Common | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 7. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | | | | | |
| 8. Kraft Foods Grp, Inc. (KRFT), Common | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 9. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 10. McDonalds Corp. (MCD), Common | A | Dividend | J | T | Buy (add'l) | 02/11/13 | J | | |
| 11. Merk (MRK), Common | A | Dividend | J | T | | | | | |
| 12. Microsoft (MSFT), Common | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 14. Pepsico (PEP), Common | A | Dividend | J | T | Buy (add'l) | 02/11/13 | J | | |
| 15. Pfizer (PFE), Common | A | Dividend | | | Sold | 02/11/13 | J | B | |
| 16. Procter & Gamble (PG), Common | A | Dividend | J | T | | | | | |
| 17. Qualcomm, Inc. (QCOM), Common | A | Dividend | J | T | Sold (part) | 05/20/13 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 19. Trustmark (TRMK), Common | A | Dividend | J | T | | | | | |
| 20. Windstream Corp. (WIN), Common | A | Dividend | | | Sold | 02/11/13 | J | B | |
| 21. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 22. First Commercial Bank, Common | A | Dividend | K | T | | | | | |
| 23. Discover Financial Svcs (DFS), Common (X) | A | Dividend | J | T | | | | | |
| 24. Advanced Micro Devices, Inc (AMD), Common (X) | A | Dividend | | | Sold | 02/11/13 | J | A | |
| 25. Columbia Thermostat Fund (CTFAX), Class A, Mutual Fund | A | Dividend | L | T | Buy | 02/11/13 | L | | |
| 26. Wells Fargo Advantage, (EEAFX), Mutual Fund | B | Dividend | | | Sold | 02/11/13 | L | A | |
| 27. Eagle Capital Growth Fund (GRF), Mutual Fund | C | Dividend | | | Sold | 02/11/13 | J | A | |
| 28. Dell (Dell)(X) | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 29. Invesco Insured Municipal Income Trust, (IIM), Mutual Fund | B | Dividend | K | T | | | | | |
| 30. FAGOX (IRA), Mutual Fund | A | None | K | T | | | | | |
| 31. FAEGX (IRA), Mutual Fund | A | Dividend | J | T | | | | | |
| 32. FSOAX (IRA), Mutual Fund | A | Dividend | K | T | | | | | |
| 33. Met Life Ins. Co., PPA Variable Annuity | A | Interest | J | T | | | | | |
| 34. Pruco Life Ins. Co., Prudential Premier RetirementX, Var Ann | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ---DCA 12 | | | | | | | | | |
| 36. ------AST Marsico Capital Growth | | | | | | | | | |
| 37. ------AST PIMCO Total Return Bond | | | | | | | | | |
| 38. ------AST QMA US Equity Alpha | | | | | | | | | |
| 39. ------AST T. Rowe Price National Resources | | | | | | | | | |
| 40. ------AST Wellington Mgmt Hedged Equity Port | | | | | | | | | |
| 41. ------AST Academic Strategies Asset Allocation | | | | | | | | | |
| 42. College Savings Plan (Header) | | | | | | | | | |
| 43. - - - Scholars Edge 529 Plan | D | Int./Div. | L | T | | | | | |
| 44. -------Ages 18 and Over Portfolio | | | | | | | | | |
| 45. -------Dreyfus Research Growth Portfolio A | | | | | | | | | |
| 46. -------International Equity Portfolio A | | | | | | | | | |
| 47. -------Agrressive Portfolio A | | | | | | | | | |
| 48. -------Moderatetly Agressive Portfolio A | | | | | | | | | |
| 49. -------Value Portfolio A | | | | | | | | | |
| 50. - - - MPACT (MS College Savings Plan) | | None | | | | | | | |
| 51. United States Savings Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rental Property, Jackson MS (2003) | D | Rent | O | Q | | | | | |
| 53. Mass Mutual Life Ins. (Whole Life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

1. Pigott Reeves Johnson & Minor , P.A. Retirement Plan was liquidated to purchase the Pruco Life Ins. Co., Prudential Premier Retrirement X, Variable Annuity (identified under Investments and Trusts, Line ___

2. Pigott Reeves Johnson, P.A. Partnership Agreement with former law firm (per the terms of the agreement fees/benefits/entitlements under the agreement expired December 30, 2012).

Part VII. Investments and Trusts

Stifel Nicolaus, Money Market Account is not reported here because it fell below the reportable limit

23. The value of DFS increased thus became reportable

24. The value of AMD was not reported in last year's filing because it was not reportable and is only reported here because the stock was sold.

28. The value of DELL was not reported in last year's filing because it was not reportable and is only reported here because the stock was sold.

52. Date of Appraisal is 6/27/2003

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 07/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544